UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**Charanjit Chander,**

                                 Petitioner,

    -against-

**Raul Maldonado,** *et al.*,

                                 Respondent.
-----------------------------------------------------------X

O R D E R

26-CV-00021 (RER)

**REYES, District Judge.**

    For the reasons stated on the record at the January 13, 2026 hearing, the petition for writ of habeas corpus [1] is granted. Petitioner, Charanjit Chander (Alien Number 240-422-185), is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order no later than **12:00 P.M. on January 14, 2026**.

SO ORDERED.

Dated:  Brooklyn, New York
         January 13, 2026

                                                       /s/ Ramón E. Reyes, Jr.
                                                       U.S. District Judge, EDNY