UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
Charanjit Chander,

Petitioner,

- against –

Raul Maldonado, et al.,

Respondents.
---------------------------------------------------------- X

JUDGMENT
26-CV-00021 (RER)

An Order of the Honorable Ramón E. Reyes, Jr.,United States District Judge, having been filed on January 13, 2026, granting the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; that Petitioner, Charanjit Chander (Alien Number 240-422-185), is to be released forthwith; and Respondents are directed to file a letter regarding their compliance with this order no later than 12:00 P.M. on January 14, 2026.

Dated: Brooklyn, New York
January 13, 2026

Approved by: Hon. Ramón E. Reyes, Jr. Digitally signed by Hon. Ramón E. Reyes, J
Date: 2026.01.13 15:57:13 -05'00'
RAMÓN E. REYES, JR.
United States District Judge

Dated: Brooklyn, New York
January 13, 2026

Approved by: */s/Brenna B. Mahoney*
BRENNA B. MAHONEY
Clerk of Court